IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE: ASBESTOS PRODUCTS LIABILITY LITIGATION (NO. VI) _____ This Document Relates to: Jerry Daniel South<br><br>                    Plaintiff,<br>        vs.<br><br>Aqua-Chem, Inc.<br>    *(d/b/a Cleaver-Brooks Division)*;<br>Borg-Warner Morse TEC, Inc.;<br>CertainTeed Corporation;<br>A.W. Chesterton Company;<br>Fluor Daniel, Inc.;<br>Fluor Daniel Services Corporation;<br>General Refractories Company;<br>Georgia Pacific Corporation;<br>National Service Industries, Inc.;<br>Rapid-American Corporation<br>    *(successor by merger to Glen Alden Corporation, Briggs Manufacturing Company, Philip Carey Corporation and Philip Carey Manufacturing Company)*;<br>Union Carbide Corporation;<br>Viacom, Inc.<br>    *(successor by merger to CBS Corporation f/k/a Westinghouse Electric Corporation)*,<br><br>                    Defendants<br>_____ | Civil Action No. MDL 875<br><br><br><br>DISTRICT OF SOUTH CAROLINA<br><br>Civil Action No.  8:08-904<br><br>**COMPLAINT** |

Plaintiff hereby adopts and incorporates Plaintiffs' Master Long Form Complaint in Re: Asbestos Litigation in the United States District Court for the Eastern District of Pennsylvania, filed as Miscellaneous No. 86-0457. Pursuant to the August 20, 1986, Order of Honorable James T. Giles, the following short-form Complaint is utilized in this asbestos action:

1. Jerry Daniel South, The Injured Plaintiff ("plaintiff-worker"). Plaintiff 's Address, Social Security Number, and Date of Birth information is available upon request.

2. The Court has jurisdiction of this matter pursuant to the Multidistrict Litigation Order dated July 29, 1991, Civil Action No. MDL 875. Moreover, the Plaintiff is a citizen of the State of North Carolina and no defendant is a citizen or has a principal place of business in the State of North Carolina. Further, the amount in controversy, exclusive of interest and costs, exceeds $100,000.00.

3. The Defendants are those companies listed in the caption.

4. Plaintiff hereby incorporates by reference the following counts from the Master Long-Form Complaint: Counts I, II, III, IV and V.

5. Plaintiff-worker's asbestos employment history, including, to the extent possible at this time, the asbestos products to which plaintiff-worker was exposed is attached hereto as Schedule I.

6. Plaintiff-worker was diagnosed with asbestos-related pleural disease by Charles A. Thompson, M.D. on February 9, 2006.

7. Plaintiff certifies that they have not been a party to any related third-party asbestos litigation.

8. Plaintiff hereby demands a trial by jury on all issues of fact.

Respectfully submitted,

WALLACE AND GRAHAM, P.A.

By: s/Mona Lisa Wallace
S.C. Bar No.: 07216
Attorney for Plaintiff
WALLACE & GRAHAM, P.A.
525 North Main Street
Salisbury, North Carolina 28144
Tel. No. (704) 633-5244
Fax: (704) 633-9434
E-Mail: mwallace@wallacegraham.com

Date: 3/17/08

SCHEDULE I
Plaintiff-Worker Employment History
Asbestos Exposure Worksite Information

OCCUPATION:

Corrugator Machine Operator
Insulator

| EMPLOYER/WORKSITE: | APPROXIMATE DATES: |
|---|---|
| Dixie Container – Honea Path, SC | 1970 – 1989 |
| Covil Insulation – Owens Corning; Dow Badische-Anderson, SC | 1968 - 1969 |

RELATED ASBESTOS LITIGATION:

None

SMOKING HISTORY:

1 ppd.   1965 - Present

PRODUCTS CONTAINING ASBESTOS:

Raw Asbestos Fiber, Pipe Covering, Block, Cements, Gaskets, Refractory Materials, Boilers, Joint Compounds, Wall Board, and other asbestos containing materials.

DEPENDENTS:

None

IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

**DEFENDANTS LIST**

Aqua-Chem, Inc., d/b/a Cleaver-Brooks Division
7800 North 113th Street
Milwaukee, WI  53224-3136

Borg-Warner Morse TEC, Inc.
3850 Hamlin Road
Auburn Hills, MI  48326

CertainTeed Corporation
CT Corporation System
225 Hillsborough Street
Raleigh, NC  27603

A.W. Chesterton Company
PO Box 4004
Woburn, WA  01888-4004

Fluor Daniel, Inc.
National Registered Agents, Inc.
120 Penmarc Drive, Suite 118
Raleigh, NC  27603

Fluor Daniel Services Corporation
National Registered Agents, Inc.
120 Penmarc Drive, Suite 118
Raleigh, NC  27603

General Refractories Company
225 City Avenue, Suite 114
Bala Cynwyd, PA  19004

Georgia Pacific Corporation
CT Corporation System
75 Beattie Place
Greenville, SC  29601

National Service Industries, Inc.
Corporation Service Company
327 Hillsborough Street
Raleigh, NC  27603

Rapid-American Corporation
Corporation Service Company
2711 Centerville Road, Ste. 400
Wilmington, DE  19808-1645

Union Carbide Corporation.
CT Corporation System
225 Hillsborough Street
Raleigh, NC 27603

Viacom, Inc.
Corporation Service Company
2711 Centerville Road, Ste. 400
Wilmington, DE  19808-1645